IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ERIC LANE GLASKOX**                                                                      **PLAINTIFF**

**v.**                                                      **CIVIL NO. 1:25-cv-00215-HSO-BWR**

**JOHN LEDBETTER, et al.**                                                 **DEFENDANTS**

<u>**FINAL JUDGMENT**</u>

In accordance with the Court's Order issued this date and incorporated herein by reference,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this civil action is **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this the 2nd day of February, 2026.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE